**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 32

**IP Address:** 100.37.95.122  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: DF69958C306D33C853C372E8FD6737C9ECD193BF<br>File Hash: 442009CCC90A7804AFDAB90563714417C47F5249D1374546A101A1ABBE5ACD6B | 09-11-2021 23:14:21 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 2 | Info Hash: 73F6CCDF6EC69C9B0F220EB0095491EA21789A91<br>File Hash: 67DD04CB6C4AF17B9E5B9BC957E5665D5A61670C11409B157DE8A872CB4BDD64 | 09-11-2021 23:10:02 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 3 | Info Hash: 088AB4B6D4A7CB0F88856D1479CE816DDE2C994E<br>File Hash: D4721FA4D9EE9F197E99E7F86DAD2AA73DD9D7A233069AFF0188C5D279E53ED5 | 09-04-2021 00:31:53 | Blacked Raw | 06-29-2020 | 07-17-2020 | PA0002248598 |
| 4 | Info Hash: 5E39A5ABECA597041760D19EDAD8C7EE4A1AD93E<br>File Hash: A9E8CA08AA9610BA28750B5D4F8D4886E5A2C809F5942A0D4296CFCF32DB1E23 | 09-04-2021 00:29:07 | Tushy | 05-03-2020 | 05-19-2020 | PA0002241474 |
| 5 | Info Hash: 68661CD1EE1348C45DC3065FE720C0C5DB7F5370<br>File Hash: CC2833B2A2D0A90849744D5E33D4E595B0B41A22A6E51F1FA2205B07EF1FE41A | 08-17-2021 13:57:04 | Tushy | 11-22-2017 | 01-04-2018 | PA0002069339 |
| 6 | Info Hash: BD649C1D4725C6BFE0BACD5FAB1D9303A3163620<br>File Hash: 78D482C2EBEC440153BAB91D8B22001F12F067211FA14E5E706B424E2292506E | 08-17-2021 09:58:16 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 7 | Info Hash: A9D72898F59A38BD6BE680AB25DFBDDC450837AF<br>File Hash: E9822B37E4B39490EEC209FF6DDAFBA77E8776075369F25C361AB8194857EA3E | 07-21-2021 12:18:09 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 8 | Info Hash: 6A5BB9131C42102AFD77225E52B512136BD1649B<br>File Hash: A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 07-10-2021 04:02:36 | Tushy | 01-11-2018 | 01-24-2018 | PA0002101766 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 5F7F6D1BD18B29C9F152C2B9EB0D62C84C8C4ABB<br>File Hash: 39CF54A28B61AF715B8E1ADA76E1C2A1C5B764C45B361C3215D9AE378D036D84 | 06-19-2021 18:27:28 | Tushy | 08-29-2018 | 10-16-2018 | PA0002127775 |
| 10 | Info Hash: 04BA85D2C37FB4F265C09CB3DABC08898C5544DD<br>File Hash: 6B7F168D8CAFD64B34D20A3E69DCF9FC9E781767E03D109BC7FD8A167594AB2D | 05-27-2021 03:22:11 | Tushy | 09-28-2017 | 10-10-2017 | PA0002086160 |
| 11 | Info Hash: 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3<br>File Hash: 926027C8A4F2458C26CBFD5B8F0F2C5CB249012E5DF79AA4493326F8BDF1A655 | 05-20-2021 05:19:58 | Blacked | 12-06-2017 | 01-04-2018 | PA0002097418 |
| 12 | Info Hash: FB6DBC133B88CAB909D2CD961826DA53D1C97B46<br>File Hash: 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 05-20-2021 03:29:47 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |
| 13 | Info Hash: 476BA89F537107DF77F587D53AECED3167688618<br>File Hash: B6030205D62AE42D41984CD92097E40C9810378BFCCCBD027D1853AC8808C0F6 | 05-06-2021 03:06:52 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |
| 14 | Info Hash: 340762081242A589C443C3073A93519EAD3743E4<br>File Hash: A683F3DB4CFF747F2C2C1A521D7D2757B982993CD1621C6BC6220B2B86DFE491 | 04-29-2021 01:46:35 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 15 | Info Hash: 1EEF8AEF6C48131F581172692D97A3CA7D407039<br>File Hash: BF5B3E137A15BEEA496B9AC26FF6DB0A4EFEF99941B456B0367444D2F0BAB7E8 | 04-29-2021 01:46:27 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |
| 16 | Info Hash: B30A24C236439A9B2C65C9234830190BD3026085<br>File Hash: E190CFF045FD226A2DC42A0014C64775CD37FE54BE08F0806F0D3BDE27234259 | 04-06-2021 02:36:18 | Tushy | 10-23-2017 | 12-04-2017 | PA0002098018 |
| 17 | Info Hash: 1D0E7E742B0DF633DB12449C88420B5D92B3C12A<br>File Hash: 6897538BADE49427AD4A2010B4D2247D245CA8E5CE891E433277729919ADF09F | 03-30-2021 05:58:08 | Blacked | 09-22-2017 | 10-10-2017 | PA0002057455 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 83D4C8DC298039600A670D1B4C44D1379F677BEC<br>File Hash: 62B999E04CE51CC02E5045ADCD25F1C2052D963B1501972AEDA9B57970E65376 | 03-30-2021 05:54:02 | Blacked | 12-26-2020 | 01-05-2021 | PA0002269952 |
| 19 | Info Hash: AAAABC14E12F50D4584E859258F2213198CB7C99<br>File Hash: 73E93ADB5EA214DF75BCEB7BE3AD36880B5BF88F26422103329425AB7818CE35 | 03-30-2021 04:58:27 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 20 | Info Hash: 50DC2EF036DB5594F25ED3B5455050C78A904DBA<br>File Hash: A7738C94604F818E7322174C1C3CF630607E4F042BCC1D4531FD37085D33EDF1 | 03-30-2021 04:39:08 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 21 | Info Hash: 67D40AB4E208DB4E99A083392382522BE587F864<br>File Hash: 3E37721CEB04B78A720D43F2F2BF1EC62B7AB0F85DFD1884A5ADC0FA51085B69 | 03-30-2021 03:48:56 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 22 | Info Hash: 1E8C77D123F7C253C512992875A81E9D02F025CC<br>File Hash: 101196CEF4412C52542EF3A9464D56F0668DBA06995B0F1785FE72F746EB491A | 12-07-2020 02:36:53 | Tushy | 11-27-2017 | 01-04-2018 | PA0002069335 |
| 23 | Info Hash: F7376CEB79F8F49F4AA0A5D72A07C3C7310723CA<br>File Hash: E5BAB17442C3FCB34BC31CAE2F3478FDC25B9496A8D65DE12CFF081E1B7AD304 | 12-06-2020 22:20:10 | Vixen | 10-31-2018 | 12-10-2018 | PA0002145830 |
| 24 | Info Hash: 1194E183FFDF71459B475A921BBF2F0A91EDB324<br>File Hash: 60CB587DFFECA8818C81522C75AD5A7F64C3BAB32AFF7A0F3DFE604355A7BD11 | 12-06-2020 22:02:23 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |
| 25 | Info Hash: FB53F3EECB506F8A44A81683849E6F2D11533EA7<br>File Hash: BA1342BD50A5BF386A5FE64A6B26D947299FF458E08AAD19D74BCA328B1CCF7C | 10-23-2020 03:42:32 | Vixen | 08-22-2017 | 09-15-2017 | PA0002052852 |
| 26 | Info Hash: 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash: 55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 10-23-2020 03:20:02 | Vixen | 07-23-2018 | 09-05-2018 | PA0002135670 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10-23-2020 01:57:59 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 28 | Info Hash: EB8DAB45F98CC716FBAC39899A4E48DB0CB47C78<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 10-09-2020 02:14:24 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 29 | Info Hash: CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E<br>File Hash: 126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | 09-30-2020 03:30:22 | Tushy | 12-20-2018 | 01-22-2019 | PA0002147682 |
| 30 | Info Hash: 953232FFD1D319FF391B967E7020BC9DC2F6E57D<br>File Hash: EA6DB9809E0F444EC27B074FE2495DAD78805E08CCC72A08B712D77C0A417962 | 09-30-2020 03:29:38 | Tushy | 06-25-2018 | 08-07-2018 | PA0002132395 |
| 31 | Info Hash: 0F127031C2F4CBE4B84CB8350B4FA7433FBBFF02<br>File Hash: 2C02775E9326E34CBD5D7D2A81D1CD71BE26F8A32BCEC094E700E6505A35EEFC | 09-26-2020 05:01:28 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 32 | Info Hash: 2B53DB906A90120E6BCA1F1C48F7CFFFA70F48D4<br>File Hash: E11D745CCC75F90A86A35DBD726E9CF24F0A19F75C1F4840BD75F3FA2C735D40 | 09-15-2020 03:19:57 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |